# Exhibit 1

## STATE OF NEW YORK
_____

```
                                 8034--A
  Cal. No. 1301

                       2025-2026 Regular Sessions
```

## IN SENATE

May 15, 2025
_____

Introduced by Sen. RAMOS -- read twice and ordered printed, and when printed to be committed to the Committee on Labor -- reported favorably from said committee, ordered to first and second report, ordered to a third reading, amended and ordered reprinted, retaining its place in the order of third reading

AN ACT to amend the labor law, in relation to disputes between employers and recognized employee organizations

  The People of the State of New York, represented in Senate and Assembly, do enact as follows:

```
 1    Section  1. Section 715 of the labor law, as amended by chapter 890 of
 2  the laws of 1968, is amended to read as follows:
 3    § 715. Application of article. 1. The provisions of this article shall
 4  not apply to: [(1)] (a) employees of any employer who  concedes  to  and
 5  agrees  with  the board that such employees are subject to and protected
 6  by the provisions of the [national labor relations act or  the]  federal
 7  railway  labor  act;  [or  (2)] (b) employees where the national labor
 8  relations board successfully asserts  jurisdiction  over  any  employer,
 9  employees,  trades,  or  industries  pursuant to an order by the federal
10  district court established under article  three  of  the  United  States
11  constitution; or (c) employees of the state or of any political or civil
12  subdivision or other agency thereof.
13    2. For  all  other  employees,  the board shall, upon application and
14  verification, promptly certify the exclusive  bargaining  representative
15  of  any bargaining unit previously certified by another state or federal
16  agency. All existing terms and conditions of employment between a certi-
17  fied exclusive bargaining representative and an employer shall remain in
18  full force and effect through the board's verification process.
19    § 2. This act shall take effect immediately.
```

  EXPLANATION--Matter in *italics* (underscored) is new; matter in brackets [-] is old law to be omitted.

                                                            LBD13123-03-5