# Exhibit 3

**STATE OF NEW YORK**
**PUBLIC EMPLOYMENT RELATIONS BOARD**

The Electric Tower
535 Washington Street, Suite 302
Buffalo, NY 14203
TEL: (716) 847-3449
FAX: (716) 847-3490
www.perb.ny.gov

**TIMOTHY CONNICK**
Chairperson

**JOSEPH E. O'DONNELL**
Director
Private Employment
Practice and Representation

September 16, 2025

**VIA USPS**

Amazon.com LLC JFK8 Fulfillment Center
Mohit Mengale, General Manager
546 Gulf Avenue
Staten Island, NY 10314

**RE: UP-40005 – AMAZON.COM LLC JFK8 FULFILLMENT CENTER**

**NOTICE OF CONFERENCE**

An Unfair Labor Practice Charge in the above-referenced matter (copy enclosed) has been filed with the Board.

PERB's current Rules of Procedure (Rules) governing matters brought pursuant to the State Employment Relations Act shall apply in this proceeding. These Rules are available on PERB's website at https://perb.ny.gov/sera-rule/.

Pursuant to these Rules, **within ten (10) working days from receipt of this Notice**, the Respondent shall electronically file its Answer to the Charge or Motion for Particularization, with proof of service of a copy upon all other parties. The Respondent shall file its Answer by emailing the Answer and proof of service to sera@perb.ny.gov.

Section 252 of PERB's Rules contain the requirements for an Answer. Failure to file a timely responsive pleading may result in the Respondent being limited to cross-examination of witnesses called by the Charging Party and have other such rights as the hearing officer may deem proper. See Rules § 252.11. Where prejudice to the charging party is demonstrated or no sufficient excuse or justification for the failure to file is proffered, the hearing officer may deem such failure to constitute an admission of the material facts alleged in the charge and a waiver by the respondent of a hearing. *Id*.

The Respondent shall file a Notice of Appearance (see enclosure) electronically at sera@perb.ny.gov.

A conference will be conducted on **Monday, October 13, 2025, at 2:00 p.m**. I will preside as the Administrative Law Judge. During the conference, I will assist the parties in resolving the matter or in entering into a Stipulation of Facts which may eliminate or limit the need for a formal hearing.

**The conference will be held by WebEx**.  <u>You will receive an email containing the link to access the conference.</u>  Please forward this link to any individual who should be present during the conference.

Adjournment requests made without compelling reason will be denied. Requests must be made reasonably in advance, confirmed in writing, and state the position of all parties and mutually available dates. Except for the most compelling circumstances, an adjournment request occasioned by a person's unavailability will be denied if made more than ten working days after receipt of this notice.

Sincerely,

Joseph E. O'Donnell, Director
Private Employment Practices and Representation

JO/kb

Enclosures (Copy of Charge; Notice of Appearance)

cc:   Jeanne Ellen Mirer, Esq,
      jmirer@julienmirer.com