UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMAZON.COM SERVICES LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>NEW YORK STATE PUBLIC EMPLOYMENT RELATIONS BOARD, TIMOTHY CONNICK, in his official capacity as Chair of the New York State Public Employment Relations Board, BARBARA C. DEINHARDT, in her official capacity as Member of the New York State Public Employment Relations Board, ROSEMARY A. TOWNLEY, in her official capacity as Member of the New York State Public Employment Relations Board, LAURA H. DELANEY, in her official capacity as General Counsel of the New York State Public Employment Relations Board, and JOSEPH E. O'DONNELL, in his official capacity as Director of Private Employment Practices and Representation for the New York State Employment Relations Board,<br><br>    Defendants. | Case No. 25-cv-5311<br><br>ORDER TO SHOW CAUSE |

Upon the complaint, the accompanying brief, and declaration of counsel in support of the application by Plaintiff Amazon.com Services LLC ("Amazon") for a temporary restraining order and preliminary injunction enjoining Defendants New York State Public Employment Relations Board ("PERB"), Timothy Connick, in his official capacity as Chair of PERB, Barbara C. Deinhardt, in her official capacity as a Member of PERB, Rosemary A. Townley, in her official capacity as a Member of PERB, Laura H. Delaney in her official capacity as General Counsel of PERB, and Joseph E. O'Donnell, in his official capacity as Director of Private Employment

Practices and Representation for PERB, from enforcing the New York State Public Employment Relations Act (SERA), N.Y. Lab. Law §§ 700-718, against Amazon, it is:

ORDERED that Defendants show cause, if any, before the Honorable _____, United States District Judge, at the United States Courthouse, United States District Court for the Eastern District of New York, located at 225 Cadman Plaza, Room _____, Brooklyn, New York 11201, on September __, 2025, at _____ o'clock in the _____, or as soon thereafter as counsel can be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure granting Plaintiff the following relief:

1. Declaring that: (a) PERB's attempt to exercise and assert authority over Amazon with respect to the unfair labor practice charge docketed as PERB Case No. UP-40005 is unconstitutional, preempted, and *ultra vires*; and (b) the September 5, 2025 amendment to SERA (the "SERA Amendment"), N.Y. Lab. Law § 715, is unconstitutional, preempted, null, and void both (i) on its face, and (ii) as applied to Amazon;

2. Enjoining Defendants, and all those acting in concert with them, from: (a) exercising or asserting authority over Amazon in PERB Case No. UP-40005; and (b) enforcing SERA against employers or employees covered by the National Labor Relations Act (NLRA), 29 U.S.C. §§ 151-169, including Amazon;

3. Awarding Amazon the costs, expenses, and reasonable attorneys' fees it has incurred bringing this action; and

4. Granting Amazon such other and further relief, at law or in equity, as the Court may deem just and proper; and it is further

ORDERED that, pending the hearing set forth above and a determination as to whether the relief set forth above should be ordered, Defendants and all those acting in concert with them are

temporarily restrained and enjoined from: (a) exercising or asserting authority over Amazon in PERB Case No. UP-40005; and (b) enforcing SERA against employers or employees covered by the NLRA, including Amazon; and it is further

ORDERED that Defendants' opposition papers shall be filed no later than September \_\_\_\_, 2025; and it is further

ORDERED that Amazon's reply papers shall be filed no later than September \_\_\_\_, 2025.

DATED:    New York, New York
             September \_\_\_\_, 2025

                                         _____
                                                              , U.S.D.J.