UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMAZON.COM SERVICES LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NEW YORK STATE PUBLIC EMPLOYMENT RELATIONS BOARD, TIMOTHY CONNICK, in his official capacity as Chair of the New York State Public Employment Relations Board, BARBARA C. DEINHARDT, in her official capacity as Member of the New York State Public Employment Relations Board, ROSEMARY A. TOWNLEY, in her official capacity as Member of the New York State Public Employment Relations Board, LAURA H. DELANEY, in her official capacity as General Counsel of the New York State Public Employment Relations Board, and JOSEPH E. O'DONNELL, in his official capacity as Director of Private Employment Practices and Representation for the New York State Employment Relations Board,<br><br>    Defendants. | Case No.   25-cv-5311<br><br>DECLARATION OF<br>JAMES J. LA ROCCA |

Pursuant to 28 U.S.C. § 1746, James J. La Rocca hereby declares:

1.    I am counsel at the law firm of Hunton Andrews Kurth LLP.

2.    I submit this declaration in support of an application for a temporary restraining order and preliminary injunction of Plaintiff Amazon.com Services LLC ("Amazon") in the above-captioned action.

3.    On September 5, 2025, New York enacted Senate Bill 8034A/Assembly Bill 8590A, which amended a section of the New York State Employment Relations Act (the "SERA Amendment"). N.Y. Lab. Law § 715. The SERA Amendment purports to empower the New York

State Public Employment Relations Board (PERB) to regulate private-sector labor relations already governed exclusively by federal law under the NLRA. A true and correct copy of the SERA Amendment is attached as Exhibit 1.

4. On September 15, 2025, the Amazon Labor Union-International Brotherhood of Teamsters Local 1 (ALU) filed a charge with PERB alleging an unfair labor practice at Amazon's JFK8 fulfillment center in Staten Island, New York ("JFK8"). A true and correct copy of the charge is attached as Exhibit 2.

5. On September 17, 2025, PERB served the charge on Amazon and issued a Notice of Conference, formally docketing the matter as PERB Case No. UP-40005. A true and correct copy of the Notice of Conference is attached as Exhibit 3.

6. In NLRB Case No. 29-CA-361669, the ALU filed a charge with the NLRB alleging an unfair labor practice at JFK8. A copy of the NLRB's request for information from Amazon regarding that charge is attached as Exhibit 4.

7. Amazon submitted its position statement to Region 29 investigators for NLRB Case No. 29-CA-361669 on May 27, 2025, and that charge remains pending before NLRB Region 29. The ALU has filed two other NLRB charges alleging Amazon has violated the NLRA with respect to its treatment of the same individual at issue in NLRB Case No. 29-CA-361669 and PERB Case No. UP-40005. *See* NLRB Case Nos. 29-CA-310868, 29-CA-359088.

8. I have attempted to email and/or call Defendants to alert them to Amazon's application for a temporary restraining order and preliminary injunction in the above-captioned action. The Court should grant Amazon the relief it requests in light of the facts and law detailed in Amazon's brief in support of its application as well as this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: New York, New York  
September 22, 2025

Respectfully submitted,

By: *James La Rocca*
James J. La Rocca
HUNTON ANDREWS KURTH LLP
200 Park Avenue, 52nd Floor
New York, New York 10166
Tel: (212) 309-1000
Fax: (212) 309-1100
jlarocca@hunton.com
*Attorneys for Plaintiff*

056186.0000010 DMS 309582168v1