# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Amazon.com Services LLC | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 25-cv-5311 |
| New York State Public Employment Relations Board, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

New York State Public Employment Relations Board, and, in their official capacities, Timothy Connick, Barbara C. Deinhardt, Rosemary A. Townley, Laura H. Delaney, and Joseph E. O'Donnell

Date: 09/22/2025

/s/ Young Woo Lee
*Attorney's signature*

Young Woo Lee (YL2610)
*Printed name and bar number*
New York State Office of the Attorney General
Labor Bureau
28 Liberty Street, 15th Floor
New York, New York 10005
*Address*

Young.Lee@ag.ny.gov
*E-mail address*

(646) 385-0421
*Telephone number*

(212) 416-8694
*FAX number*