

HUNTON ANDREWS KURTH LLP
1445 ROSS AVENUE, SUITE 3700
DALLAS, TEXAS 75202

TEL    214 • 979 • 3000
FAX   214 • 880 • 0011

AMBER M. ROGERS
DIRECT DIAL: 214 • 468 • 3308
EMAIL: arogers@hunton.com

FILE NO: 056186.0000212

September 30, 2025

**Via ECF**

Hon. Eric R. Komitee, U.S.D.J.
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Amazon.com Services LLC v. New York State Public Employment Relations Board
      Case No. 1:25-cv-05311-EK-MMH

Dear Judge Komitee:

Kindly accept this joint letter by Plaintiff and all Defendants seeking to: (1) reschedule the November 4, 2025 conference due to scheduling conflicts; and (2) extend Defendants' time to answer the complaint.

I.   November 4, 2025 Court Conference

Yesterday your Honor entered an order that, among other things, scheduled a court conference for November 4, 2025. (ECF No. 23.) Due to scheduling conflicts, the parties respectfully request that your Honor reschedule the conference for one of the following dates, provided that one of the dates works for the Court:

- Wednesday, October 29, 2025;
- Thursday, October 30, 2025;
- Friday, October 31, 2025;
- Thursday, November 13, 2025; or
- Friday, November 14, 2025.

This is the parties' first request to reschedule the conference. Rescheduling the conference to any of the above dates will not affect any other scheduled deadlines.

II.  Defendants' Time to Answer

Yesterday, Defendants' counsel accepted service of the summons and complaint by email. Accordingly, Defendants' current deadline for answering or otherwise responding to the complaint is Monday, October 20, 2025. Defendants have

# HUNTON

Hon. Eric R. Komitee, U.S.D.J.
September 30, 2025
Page 2

asked Plaintiff to extend their time to file an answer or otherwise respond to the complaint until 21 days after the hearing is held on Plaintiff's pending motion for a preliminary injunction. Defendants make this request due to the preliminary injunction motion briefing and hearing schedule. Plaintiff has consented to Defendants' request for an extension of time to answer the complaint. This is the first time Defendants have sought such an extension. An extension of Defendants' time to answer will not affect any other scheduled dates.

*   *   *

The parties thank the Court for its consideration of the foregoing requests. If your Honor has any questions, please do not hesitate to have your chambers contact the undersigned.

Respectfully submitted,

*/s/ Amber M. Rogers*

Amber M. Rogers
James J. La Rocca
Kurt Larkin
*Attorneys for Plaintiff*

*/s/ Young Woo Lee*

Young Woo Lee
New York State Office of the Attorney General
*Attorneys for Defendants*