**ORAL ARGUMENT REQUESTED**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMAZON.COM SERVICES LLC,<br><br>   410 Terry Avenue North<br>   Seattle, Washington 98109-5210,<br><br>                  Plaintiff,<br><br>          v.<br><br>NEW YORK STATE PUBLIC EMPLOYMENT RELATIONS BOARD, TIMOTHY CONNICK, in his official capacity as Chair of the New York State Public Employment Relations Board, BARBARA C. DEINHARDT, in her official capacity as Member of the New York State Public Employment Relations Board, ROSEMARY A. TOWNLEY, in her official capacity as Member of the New York State Public Employment Relations Board, LAURA H. DELANEY, in her official capacity as General Counsel of the New York State Public Employment Relations Board, and JOSEPH E. O'DONNELL, in his official capacity as Director of Private Employment Practices and Representation for the New York State Employment Relations Board,<br><br>   P.O. Box 2074<br>   Empire State Plaza<br>   Agency Building 2<br>   Albany, New York 12220-0074, | Case No.: 1:25-cv-05311-ERK<br><br>**NOTICE OF MOTION TO INTERVENE BY AMAZON LABOR UNION NO. 1, INTERNATIONAL BROTHERHOOD OF TEAMSTERS** |

|  | Defendants. |  |

| | |
|---|---|
| David O'Brien Suetholz<br>dsuetholz@teamster.org<br>Clement Tsao<br>ctsao@teamster.org<br>Willie J. Burden<br>wburden@teamster.org<br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS<br>25 Louisiana Avenue, N.W.<br>Washington, DC 20001<br>Phone: (202) 624-68470<br><br>Richard Griffin<br>rgriffin@bredhoff.com<br>BREDHOFF & KAISER, PLLC<br>805 15th Street NW Ste. 1000<br>Washington, DC 20005<br>Phone: (202) 842-2600<br><br>Jeanne Mirer (NY Bar No. 4546677)<br>jmirer@julienmirer.com<br>JULIEN MIRER & ASSOCIATES, PLLC<br>1 Pierrepont Plaza, 12th Floor<br>Brooklyn, NY 11201<br>Phone: (212) 231-2235 | Julie Gutman Dickinson *(Pro hac vice pending)*<br>jgd@bushgottlieb.com<br>Jennifer A. Abruzzo *(Pro hac vice pending)*<br>jabruzzo@bushgottlieb.com<br>Luke Taylor<br>ltaylor@bushgottlieb.com<br>BUSH GOTTLIEB, ALC<br>801 N. Brand Blvd., Suite 950<br>Glendale, CA 91203<br>Phone: (818) 973-3228<br><br>Edward M. Gleason, Jr.<br>ed@hsglawgroup.com<br>Pamela M. Newport<br>pamela@hsglawgroup.com<br>HERZFELD, SUETHOLZ, GASTEL, LENISKI AND WALL, PLLC<br>600 Vine Street \| Suite 2720<br>Cincinnati, OH 45202<br>Phone: (513) 381-2224<br><br>Ian Hayes (NY Bar No. 5265889)<br>ihayes@hayesdolce.com<br>HAYES DOLCE LLP<br>135 Delaware Avenue, Suite 502<br>Buffalo, NY 14202<br>Phone: (716) 534-8388 |

NOTICE IS HEREBY GIVEN that Amazon Labor Union No. 1, International Brotherhood of Teamsters ("ALU-IBT Local 1" or "Union"), by and through its undersigned counsel, hereby moves for leave to intervene as a defendant in this action pursuant to Federal Rule of Civil Procedure 24.

The Union intends to defend against Plaintiff's allegation that Section 715 of the New York State Labor Relations Act, as recently amended by S.8034A, is preempted by the National

Labor Relations Act and is unconstitutionally vague. The Union has filed a pending charge with New Yorks' PERB pursuant to that amendment. Intervention is warranted as of right because the Union's interest in enforcement of the Section 715 of the New York State Labor Relations Act, as recently amended by S.8034A., is direct and significantly protectible, and is unlikely to be adequately represented by the current defendants, who have distinct interests from the Union and lack the Union's relevant experience with issues central to this litigation. Alternatively, ALU-IBT Local 1 should be granted leave to intervene as a defendant because: (1) ALU-IBT Local 1's defenses against Plaintiff's claims share common questions of law and fact with those likely to be advanced by the current defendants; (2) the outcome of this action will directly impact ALU-IBT Local 1's ability to vindicate the rights of the employees it represents under New York law, and (3) the Union's experience will significantly contribute to full consideration of the factual and legal issues here at issue.

      This motion is based on this Notice of Motion, the accompanying Declaration of Jeanne Mirer sworn on October 2, 2025, the accompanying Memorandum of Law dated October 2, 2025, and on all of the pleadings and papers on file in this action.

      The Union respectfully requests that the Court not deny this motion without first affording oral argument, as the Union anticipates such argument would enable it to further explicate the weight and immediacy of its interest in intervening. The Union has no objection to the Court granting the motion without oral argument.

      WHEREFORE, Amazon Labor Union No. 1, International Brotherhood of Teamsters respectfully request this Court to grant its Motion to Intervene in this matter.

      //

      //

1319526v1 11135-33004

DATED: October 2, 2025                JULIEN MIRER & ASSOCIATES, PLLC


By /s/ Jeanne Mirer

    Jeanne Mirer
    jmirer@julienmirer.com


BUSH GOTTLIEB
A Law Corporation

Julie Gutman Dickinson *(Pro hac vice pending)*
jgd@bushgottlieb.com
Jennifer A. Abruzzo *(Pro hac vice pending*
jabruzzo@bushgottlieb.com

Attorneys for Amazon Labor Union No. 1,
    International Brotherhood of Teamsters