UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMAZON.COM SERVICES LLC,<br><br>410 Terry Avenue North<br>Seattle, Washington 98109-5210,<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK STATE PUBLIC EMPLOYMENT RELATIONS BOARD, TIMOTHY CONNICK, in his official capacity as Chair of the New York State Public Employment Relations Board, BARBARA C. DEINHARDT, in her official capacity as Member of the New York State Public Employment Relations Board, ROSEMARY A. TOWNLEY, in her official capacity as Member of the New York State Public Employment Relations Board, LAURA H. DELANEY, in her official capacity as General Counsel of the New York State Public Employment Relations Board, and JOSEPH E. O'DONNELL, in his official capacity as Director of Private Employment Practices and Representation for the New York State Employment Relations Board,<br><br>P.O. Box 2074<br>Empire State Plaza<br>Agency Building 2<br>Albany, New York 12220-0074,<br><br>Defendants. | Case No.: 1:25-cv-05311-ERK<br><br>**DECLARATION OF JEANNE MIRER ISO PROPOSED INTERVENOR ALU-IBT LOCAL 1'S MOTION TO INTERVENE** |

David O'Brien Suetholz
dsuetholz@teamster.org
Clement Tsao
ctsao@teamster.org
Willie J. Burden
wburden@teamster.org
INTERNATIONAL BROTHERHOOD OF TEAMSTERS
25 Louisiana Avenue, N.W.
Washington, DC 20001
Phone: (202) 624-68470

Richard Griffin
rgriffin@bredhoff.com
BREDHOFF & KAISER, PLLC
805 15th Street NW Ste. 1000
Washington, DC 20005
Phone: (202) 842-2600

Jeanne Mirer (NY Bar No. 4546677)
jmirer@julienmirer.com
JULIEN MIRER & ASSOCIATES, PLLC
1 Pierrepont Plaza, 12th Floor
Brooklyn, NY 11201
Phone: (212) 231-2235

Julie Gutman Dickinson *(Pro hac vice pending)*
jgd@bushgottlieb.com
Jennifer A. Abruzzo *(Pro hac vice pending)*
jabruzzo@bushgottlieb.com
Luke Taylor
ltaylor@bushgottlieb.com
BUSH GOTTLIEB, ALC
801 N. Brand Blvd., Suite 950
Glendale, CA 91203
Phone: (818) 973-3228

Edward M. Gleason, Jr.
ed@hsglawgroup.com
Pamela M. Newport
pamela@hsglawgroup.com
HERZFELD, SUETHOLZ, GASTEL, LENISKI AND WALL, PLLC
600 Vine Street | Suite 2720
Cincinnati, OH 45202
Phone: (513) 381-2224

Ian Hayes (NY Bar No. 5265889)
ihayes@hayesdolce.com
HAYES DOLCE LLP
135 Delaware Avenue, Suite 502
Buffalo, NY 14202
Phone: (716) 534-8388

I, Jeanne Mirer, declare as follows:

1. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. I am an attorney licensed to practice law in the states of New York, Michigan, and Massachusetts.

3. I am a partner of the law firm Julien Mirer & Associates PLLC, and I maintain an office at the firm's Brooklyn, New York office. I have practiced employment and labor law since 1972.

4. In early May 2022, I began to serve as general counsel for the Amazon

Labor Union (ALU). In that capacity, I have represented the ALU in administrative proceedings related to numerous NLRB cases, including in 29-RC-288020 and 29-CA-310869. The ALU is now known as ALU-IBT Local 1. *Infra* ¶ 12.

5. On information and belief, the ALU filed a representation petition with the NLRB on December 22, 2021, seeking to represent employees at the Amazon.com LLC JFK8 Fulfillment Center in Staten Island, NY ("JFK8"). Following the filing of that petition, the ALU and Amazon stipulated to the terms of the NLRB-conducted election which took place at JFK8 over several days in March with the tally on April 1, 2022. The ALU won that election.

6. On information and belief, on April 2, 2022, the ALU requested to collectively bargain with Amazon on behalf of the JFK8 employees who had designated the ALU as their representative during the election. Amazon did not respond to ALU's request to bargain. To this day, Amazon has refused to bargain with the Union.

7. Because Amazon failed to bargain at all with ALU—as required by the NLRA— the ALU filed the unfair labor practice charge in NLRB Case No. 29-CA-310869. The NLRB issued an administrative complaint in that case on July 12, 2023. There are numerous other unfair labor practices on which the Board has gone to complaint relating to changes in policies and disciplines where the company has refused to bargain.

8. Amazon filed administrative objections following the election, which objections alleged the ALU and Region 29 of the NLRB acted improperly and tainted the election results. An administrative hearing officer overruled those objections—after Amazon had a full and fair opportunity to present evidence during a 24 day-long hearing where I was present, serving as a lead attorney on behalf of ALU.

9. Amazon then challenged the hearing officer's decision by requesting a review by the Director of NLRB Regional Office 28 ("Regional Director"). Amazon

also requested an exception to the NLRB's usual page limit for briefing such reviews. Amazon requested to file a brief up to 100 pages long and the Regional Director approved that request.

10. After both Amazon and the ALU submitted briefs, the Regional Director upheld the hearing officer's decision and, thereby, upheld the election results. The Regional Director's decision issued on January 11, 2023 certified the union.

11. Amazon then requested that the NLRB ("The Board") review the Regional Director's decision. While that request was pending, Amazon on two occasions requested that the Regional Director reopen the administrative hearing so that it could introduce additional evidence, even though it acknowledged that evidence had been available during the original hearing. The Regional Director denied that request. In response, Amazon requested the Board review the Regional Director's denial of its request to reopen the hearing record.

12. On June 3, 2024 the ALU agreed to affiliate with the International Brotherhood of Teamsters (IBT). The affiliation vote to implement this agreement was concluded on June 18, 2024 with almost unanimous support for it from ALU workers at JFK8. Pursuant to this affiliation, the IBT chartered the ALU into a new local union known as Amazon Labor Union No. 1, International Brotherhood of Teamsters ("ALU-IBT Local 1").

13. Ultimately, on August 29, 2024, the NLRB issued its decision sustaining the Regional Director's rulings and upheld the election results.

14. On September 5, 2024, Amazon filed suit in the United States District Court for the Western District of Texas to enjoin the NLRB from certifying the ALU-IBT Local 1 as the collective bargaining representative of JFK8 employees, based in part on Amazon's claim that the NLRA unconstitutionally protects NLRB members from removal by the President. *See Amazon.com Servs. LLC v. NLRB*, No. 24-50761, 2025 WL 2476161, at *2 (5th Cir. Aug. 28, 2025),

15. On or about August 9, 2025, Amazon fired ALU-IBT Local 1 member and prominent union supporter Brima Sylla. On September 15, the Union filed a charge with PERB pursuant to S.8034A alleging that Sylla's termination violates §704(10) of New York's State Employment Relations Act ("SERA"). A true and accurate copy of that charge, which details the allegations, is attached hereto as **Exhibit A.** PERB has stayed processing of this charge pending the outcome of the preliminary injunction motion in *NLRB v. State of New York et al.*, 25-cv-1283-GTS-ML (N.D.N.Y, Complaint filed 9/12/2025). A true and accurate copy of a notice of this stay is attached hereto as **Exhibit B.**

16. The briefing schedule for the preliminary injunction in the Northern District case requires Defendants to file their opposition to the preliminary injunction motion by December 1, 2025, with Plaintiff's reply due ten days thereafter. 25-cv-12830-GTS-ML, ECF No. 20 p. 2.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 2nd day of October, 2025, at Brooklyn, New York.

_____
Jeanne Mirer