# EXHIBIT B



**STATE OF NEW YORK**
**PUBLIC EMPLOYMENT RELATIONS BOARD**

The Electric Tower
535 Washington Street, Suite 302
Buffalo, NY 14203-1415
TEL:  (716) 847-3449
FAX:  (716) 847-3690
www.perb.ny.gov

**TIMOTHY CONNICK**
Chairperson

**JOSEPH E. O'DONNELL**
Director
Private Employment Practices
and Representation

October 1, 2025

**VIA ELECTRONIC MAIL**

Ian Hayes, Esq.
Hayes Dolce
ihayes@hayesdolce.com

James La Rocca, Esq.
Hunton Andrews Kurth LLP
jlarocca@hunton.com

**RE: Case No. UP-40005 – AMAZON.COM LLC JFK8 FULFILLMENT CENTER**

Dear Representatives:

Be advised that PERB will hold this matter in abeyance pending the outcome of the preliminary injunction motion in *National Labor Relations Board v State of New York, et al.*, 1:25-cv-1283-GTS-ML currently pending in the United States District Court for the Northern District of New York.

As a consequence, the WebEx conference previously scheduled for **Monday, October 13, 2025, at 2:00 p.m.** is adjourned, and the Respondent's deadline for filing its Answer to the Charge or Motion for Particularization is stayed until further notice.

Very truly yours,

Joseph E. O'Donnell, Director
Private Employment Practices and Representation

JO/kb
cc:  Amazon.com LLC JFK8 Fulfillment Center (VIA USPS)
     Mohit Mengale, General Manager
     546 Gulf Avenue
     Staten Island, NY 10314