UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMAZON.COM SERVICES LLC, <br><br>    410 Terry Avenue North<br>    Seattle, Washington 98109-5210,<br><br><br>                    Plaintiff,<br><br>        v.<br><br>NEW YORK STATE PUBLIC EMPLOYMENT RELATIONS BOARD, TIMOTHY CONNICK, in his official capacity as Chair of the New York State Public Employment Relations Board, BARBARA C. DEINHARDT, in her official capacity as Member of the New York State Public Employment Relations Board, ROSEMARY A. TOWNLEY, in her official capacity as Member of the New York State Public Employment Relations Board, LAURA H. DELANEY, in her official capacity as General Counsel of the New York State Public Employment Relations Board, and JOSEPH E. O'DONNELL, in his official capacity as Director of Private Employment Practices and Representation for the New York State Employment Relations Board,<br><br>    P.O. Box 2074<br>    Empire State Plaza<br>    Agency Building 2<br>    Albany, New York 12220-0074,<br>                    Defendants. | Case No.: 1:25-cv-05311-ERK-MMH<br><br>**PROOF OF SERVICE** |

## PROOF OF SERVICE

**STATE OF  NEW YORK  COUNTY OF KINGS**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Kings, State of New York.  My business address is 300 Cadman Plaza West, 12ᵗʰ Floor,  Brooklyn, New York 11201.

On October 2, 2025, I served true copies of the following document(s) described as **NOTICE OF MOTION TO INTERVENE; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF JEANNE MIRER IN SUPPORT OF MOTION TO INTERVENE; AND PROPOSED ORDER** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 2, 2025, at Glendale, California.

_____
Jeanne Mirer

# SERVICE LIST

**Amazon.com Services LLC**

Represented by

James Joseph La Rocca
Hunton Andrews Kurth LLP
200 Park Avenue
52nd Floor
New York, NY 10166
Email: jlarocca@huntonak.com

Kurt G Larkin
Hunton Andrews Kurth LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074
Email: klarkin@huntonak.com

Amber Rogers
Hunton Andrews Kurth LLP
1445 Ross Avenue
Suite 3700
Dallas, TX 75202
Email: arogers@hunton.com

*Served via CM/ECF Notice of Electronic Filing*

**New York Public Employment Relations Board**
**Timothy Connick**
**Barbara C. Deinhardt**
**Rosemary A. Townley**
**Laura H. Delaney**
**Joseph E. O'Donnell**

Represented by

Young Woo Lee
New York State Office of the Attorney General
Labor Bureau
28 Liberty Street, Fl 15
New York, NY 10005
Email: young.lee@ag.ny.gov

*Served via CM/ECF Notice of Electronic Filing*