UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMAZON.COM SERVICES LLC,<br><br>    410 Terry Avenue North<br>    Seattle, Washington 98109-5210,<br><br><br>               Plaintiff,<br><br>    v.<br><br>NEW YORK STATE PUBLIC<br>EMPLOYMENT RELATIONS BOARD,<br>TIMOTHY CONNICK, in his official<br>capacity as Chair of the New York State<br>Public Employment Relations Board,<br>BARBARA C. DEINHARDT, in her<br>official capacity as Member of the New<br>York State Public Employment Relations<br>Board, ROSEMARY A. TOWNLEY, in<br>her official capacity as Member of the<br>New York State Public Employment<br>Relations Board, LAURA H. DELANEY,<br>in her official capacity as General<br>Counsel of the New York State Public<br>Employment Relations Board, and<br>JOSEPH E. O'DONNELL, in his official<br>capacity as Director of Private<br>Employment Practices and Representation<br>for the New York State Employment<br>Relations Board,<br><br>    P.O. Box 2074<br>    Empire State Plaza<br>    Agency Building 2<br>    Albany, New York 12220-0074,<br><br>               Defendants. | Case No.: 1:25-cv-05311-ERK-MMH<br><br>**[PROPOSED] ORDER GRANTING MOTION TO INTERVENE BY AMAZON LABOR UNION NO. 1, INTERNATIONAL BROTHERHOOD OF TEAMSTERS** |

Upon consideration of the Motion to Intervene by Proposed Intervenor Amazon Labor Union No. 1, International Brotherhood of Teamsters ("ALU-IBT Local 1"), the supporting papers thereto, and any opposition, reply, and oral argument thereon, and for good cause shown, it is hereby ORDERED that:

       1.      The Motion to Intervene is granted.

IT IS SO ORDERED.


Dated:                                    _____

                                      Hon. Eric Komitee
                                      U.S. District Judge
                                      Eastern District of New York