# JULIEN MIRER & ASSOCIATES, PLLC

ATTORNEYS AT LAW
300 CADMAN PLAZA WEST,
12TH FLOOR
BROOKLYN, NEW YORK 11201

JEANNE MIRER        TELEPHONE: (212) 231-2235        RIA JULIEN

October 28, 2025

VIA E-FILE
Magistrate Judge Marcia M. Henry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom 13C South
Brooklyn, New York 11201

      Re: Affidavit in Support of Motion to Admit Willie J. Burden as Counsel Pro Hac Vice, for case 1:25-cv-05311-EK-MMH

Dear Magistrate Judge Henry,

Pursuant to this Court's October 27, 2025 order deferring decision on Dkt. No. 38 (Motion to Admit Willie J. Burden as Counsel Pro Hac Vice), please find attached, as supplement to the motion materials that were filed in Dkt. No. 38, the affidavit that provides the information requested by Local Civil Rule 1.3(k) and a proposed order. The affidavit also re-attaches the sponsoring affidavit, Certificates of Good standing that were included in Dkt. No. 38.

Sincerely,

*/s/ Jeanne Mirer/*

Jeanne Mirer