UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

AMAZON.COM SERVICES LLC,

Plaintiff,

v.

NEW YORK STATE PUBLIC EMPLOYMENT RELATIONS BOARD et al.,

Defendants.

-and-

AMAZON LABOR UNION NO. 1 INTERNATIONAL BROTHERHOOD OF TEAMSTERS,

Defendant-Intervenor.
--------------------------------------------------------------X

JUDGMENT

25-CV-5311(EK)(MMH)

A Memorandum and Order of the Honorable Eric Komitee, United States District Judge, having been filed on July 20, 2026, granting Amazon's motion for summary judgment on Count I; dismissing Counts II through IV without prejudice; it is

ORDERED and ADJUDGED that Amazon's motion for summary judgment on Count I is granted; it is hereby declared that the SERA Amendment is unconstitutional, null, and void; defendants are permanently enjoined from enforcing the SERA Amendment; and Counts II through IV are dismissed without prejudice.

Dated: Brooklyn, New York
July 21, 2026

Brenna B. Mahoney
Clerk of Court

By: _/s/Jalitza Poveda_
Deputy Clerk